UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

RANDY TAYLOR,

    Plaintiff,

V.

JAMIE MOSLEY,

    Defendant.

Civil Action No. 6:17-60-KKC

**MEMORANDUM OPINION AND ORDER**

\*\*\* \*\*\* \*\*\* \*\*\*

Randy Taylor is an inmate at the Roederer Correctional Complex, a Kentucky state prison located in LaGrange, Kentucky. Proceeding without an attorney, Taylor has filed a civil rights action pursuant to 42 U.S.C. § 1983 in which he sues Jamie Mosley, the Jailer at the Laurel County Detention Center, in both his individual and official capacities. [R. 1].

In Taylor's complaint, he argues that his religious rights were violated while he was held at the Laurel County Detention Center in 2016. [R. 1 at 4]. According to Taylor, while he was incarcerated at the detention center, he "noticed a new rule was being enforced which require[d] the inmates to worship the guards." [R. 1 at 4]. Taylor explains that "[t]his rule requires that any time an officer or jail official enters the cell that the inmates return to their designated mats whether on the floor or the top bunk and sit down and remain sitting until the officer leaves the cell." [R. 1 at 4]. Taylor adds that "[w]hen I questioned this the response was that it is for the safety of the officer and the inmates." [R. 1 at 4]. Taylor, however, takes issue with that apparent explanation, arguing that "this isn't done for anyone's safety, it's done to satisfy someone's sinful expectations." [R. 1 at 4]. Taylor then echoes this argument on the next page of his complaint before later indicating that he is seeking $1.6 million in damages. [R. 1 at 5-6].

Taylor's complaint fails to state a claim upon which relief may be granted. Even if the Court accepts Taylor's allegations as true, as it must at this early state of the litigation, *see Prater v. City of Burnside, Ky.*, 289 F.3d 417, 424 (6th Cir. 2002), Taylor has simply not made out a violation of any of his constitutional or statutory rights.

Accordingly, **IT IS ORDERED** that:

1. Taylor's claims against Jamie Mosley are **DISMISSED** with prejudice.

2. This action is **STRICKEN** from the Court's docket.

3. A corresponding Judgment will be entered this date.

Dated May 19, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY